■ The People of the State of New York, Respondent, v Rodney Horn, Appellant. [775 NYS2d 898]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered March 27, 2002, convicting him of criminal possession of a weapon in the third degree and unlawful possession of marijuana, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that his adjudication as a persistent violent felony offender violated his right to a jury trial is unpreserved for appellate review, and, in any event, is without merit (*see People v Telesford,* 2 AD3d 757 [2003]; *People v McKenzie,* 298 AD2d 409 [2002]; *People v Rice,* 285 AD2d 617 [2001]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Ritter, J.P., Smith, H. Miller and Goldstein, JJ., concur.